Horace Richards
# 13550-014
F.C.I. Three Rivers
P.O. Box 4200
Three Rivers, TX. 78071

Clerk of the Court
United States District Court        July 12, 2004
District of Connecticut
450 Main St.
Hartford, CT. 06103


    RE:   <u>U.S V. HORACE RICHARDS</u>
           03-CV-600 (RNC)

I Horace Richards The defendant in the above case is writing your writing your humble court to apply for a <u>CERTIFICATE OF APPEALABILITY.</u> Thank you for your co operation.

 

Respectfully Submitted

H. Richards
Horace Richards